In re NAUGLE et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) In the matter of the application of Olin E. Naugle and another for the appointment of commissioners to determine damages occasioned to the property of the petitioners by the change of grade of West German street in the village of Herkimer. No opinion. Order affirmed, with costs.

NEAGLE, Appellant, v. HUDSON, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Patrick J. Neagle against Adelbert Hudson. PER CURIAM. Judgment (144 N. Y. Supp. 221) affirmed, without costs. WOODWARD, J., votes for reversal in favor of the defendant.

NEILSON, Appellant, v. LADEW et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Henry Neilson, as administrator, etc., against Harvey S. Ladew and another, etc. No opinion. Judgment affirmed by default, with costs.

NELSON, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Charles M. Nelson, an infant, etc., against Benjamin F. Connor. No opinion. Motion granted, with $10 costs. See, also, 148 N. Y. Supp. 1132.

NEMTZOFF et al., Respondents, v. KISSENA PARK CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Samuel Nemtzoff and others against the Kissena Park Corporation. No opinion. Judgment affirmed, with costs.

In re NESTER et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) In the matter of the first judicial settlement of the accounts of Minnie Nester and others, as executors of the will of Samuel Nester, deceased. No opinion. It appearing that there are not four justices of this court qualified to sit in this appeal, it is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231, Code Civ. Proc.

NEW et al., Appellants, v. BURNETT, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Katherine T. New and another against Anna M. Burnett, impleaded. M. T. Manton, of New York City, for appellants. M. Kronacher, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1132.

NEW PALTZ, H. & P. TRACTION CO. v. CENTRAL NEW ENGLAND RY. CO. et al. (Action No. 1.) (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the New Paltz, Highland & Poughkeepsie Traction Company against the Central New England Railway Company and another. No opinion. Ordered that the order of injunction, dated July 15, 1914, be and hereby is vacated. See, also, 149 N. Y. Supp. 1099.

NEW PALTZ, H. & P. TRACTION CO., Appellant, v. CENTRAL NEW ENGLAND RY. CO. et al., Respondents. (Action No. 2.) (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the New Paltz, Highland & Poughkeepsie Traction Company against the Central New England Railway Company and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 147 N. Y. Supp. 1128; 149 N. Y. Supp. 1099.

NEW YORK ASSETS REALIZATION CO., Respondent, v. MORSE, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the New York Assets Realization Company against Charles W. Morse. A. Van Wyck, of New York City, for appellant. M. L. E. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NICOLELLI v. FRIEDMAN et al. (Supreme Court, Appellate Division. First Department. October 16, 1914.) Action by Michael Nicolelli against Allen L. Friedman and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1099.

NICOLELLI, Appellant, v. FRIEDMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Michael Nicolelli against Allen L. Friedman and another. G. J. Gruenberg, of New York City, for appellant. A. J. McElhinney, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1099.

In re NICHOLS. (No. 3.) (Supreme Court, Appellate Division, First Department. November 6, 1914.) Proceeding upon charges of professional misconduct by the Association of the Bar of the City of New York against Henry Nichols. On referee's report. Respondent disbarred. See, also, 160 App. Div. S90, 144 N. Y. Supp. 1132; 160 App. Div. 929, 145 N. Y. Supp. 1135. Merrill E. Gates, Jr., of New York City, for petitioner. William Michael Byrne, of New York City, for respondent. INGRAHAM, P. J. Charges of misconduct were filed against the respondent by the Associa-